ECONOMIC POWER & CONST. CO., Respondent, v. CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by the Economic Power & Construction Company against the city of Buffalo and others.

PER CURIAM. Judgment (59 Misc. Rep. 571, 111 N. Y. Supp. 443) affirmed, with costs.

KRUSE, J., dissents upon the ground that the act of the Legislature, so far as it assumes to

grant to a private corporation the use of the public right of the streets and highways of the state, is unconstitutional and void; it being not merely a declaration of the powers of the corporation, but an attempt to confer a valuable property right (People v. O'Brien, 111 N. Y., 1, 18 N. E. 692, 2 L. R. A. 255, 7 Am. St. Rep. 684) by private act, without expressing the same in the title of said act.

SPRING, J., not sitting.